UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| REVELSTOKE CUSTOM HOMES, LLC, an Idaho limited liability company,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>TIM FARRELL and NANCY FARRELL, husband and wife; UNITED STATES OF AMERICA, acting through the Rural Housing Service, an agency of the United States Department of Interior; HIGH MARK HEATING AND COOLING, LLC, an Idaho limited, liability company; BONNER CONCRETE PRODUCTS, INC., an Idaho corporations; DAVID W. BUTTERFIELD, an individual; INTERSTATE CONCRETE AND ASPHALT COMPANY, an Idaho corporation; STOCK BUILDING SUPPLY, LLC, a Utah limited liability company; EXCELL INSULATION, INC., an Idaho corporation; DECRA ROOFING & SEAMLESS RAINGUTTERS, INC., an Idaho corporation; and TODD GARRETT JANSSEN, an individual doing business as Three Amigos,<br><br>　　　　　Defendants. | Case No. 2:10-cv-00599-BLW<br><br>**ORDER** |

　　　The Court has before it Revelstoke Custom Home LLC's Motion to Deny Motion

**ORDER - 1**

for Summary Judgment and Revelstoke Custom Homes LLC's Motion for Order of Mediation (Dkt. 48).  As explained by the Court in its earlier order, Revelstoke Custom Homes cannot appear in this matter without being represented by an attorney.  Dist. Idaho Loc. Civ. R. 83.4(d).  Revelstoke Custom Homes is not represented by a licensed attorney, and its motion was not properly filed by a licensed attorney.  Accordingly, the Court will deny the motion.

## ORDER

**IT IS ORDERED:**

1. Revelstoke Custom Home LLC's Motion to Deny Motion for Summary Judgment and Revelstoke Custom Homes LLC's Motion for Order of Mediation (Dkt. 48) is **DENIED**.

DATED:  **January 5, 2012**

B. LYNN WINMILL
Chief U.S. District Court Judge