UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| REVELSTOKE CUSTOM HOMES, LLC, an Idaho limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>TIM FARRELL and NANCY FARRELL, husband and wife; UNITED STATES OF AMERICA, acting through the Rural Housing Service, an agency of the United States Department of Interior; HIGH MARK HEATING AND COOLING, LLC, an Idaho limited, liability company; BONNER CONCRETE PRODUCTS, INC., an Idaho corporations; DAVID W. BUTTERFIELD, an individual; INTERSTATE CONCRETE AND ASPHALT COMPANY, an Idaho corporation; STOCK BUILDING SUPPLY, LLC, a Utah limited liability company; EXCELL INSULATION, INC., an Idaho corporation; DECRA ROOFING & SEAMLESS RAINGUTTERS, INC., an Idaho corporation; and TODD GARRETT JANSSEN, an individual doing business as Three Amigos,<br><br>Defendants. | Case No. 2:10-cv-00599-BLW<br><br>**ORDER** |

**IT IS ORDERED:**

    1.    The Motion for Default (Dkt. 45) and Second Motion for Default (Dkt. 46)

ORDER - 1

are **DEEMED MOOT**.

2. Pursuant to 28 U.S.C. § 1447(c), this case shall be **REMANDED** to the District Court of the First Judicial District for the State of Idaho, and this case shall be closed.

DATED: **January 5, 2012**

B. LYNN WINMILL
Chief U.S. District Court Judge